Aurelia DAVIS, as Next Friend of LaShonda D., Plaintiff-Appellant,

v.

MONROE COUNTY BOARD OF EDUCATION, et al., Defendants-Appellees.

No. 94-9121.

United States Court of Appeals,

Eleventh Circuit.

March 23, 2000.

Appeal from the United States District Court for the Middle District of Georgia (No. 94-00140-CV-4-MAC); Wilbur D. Owens, Jr., Judge.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES.

Before TJOFLAT, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges.[*]

PER CURIAM:

In light of the Supreme Court's decision in this case, *Davis v. Monroe County Board of Education,* 526 U.S. 629, 119 S.Ct. 1661, 143 L.Ed.2d 839 (1999), the judgment of the district court is REVERSED, and the case is REMANDED for further proceedings.

SO ORDERED.

---

[*]Chief Judge R. Lanier Anderson recused himself and did not participate in this decision.